BENJAMIN N. OAKESHOTT, Appellant, *v.* JAMES H. SMITH et al., Respondents.

*Oakeshott* v. *Smith,* 104 App. Div. 384, affirmed.
(Argued May 21, 1906; decided June 5, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 19, 1905, affirming a judgment in favor of plaintiff entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for an alleged breach of contract.

*John E. Parsons* for appellant.

*William B. Hornblower* and *Hoffman Miller* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER and HISCOCK, JJ. Absent: O'BRIEN, J.

---

HELEN L. GUEST, Respondent, *v.* A. ROYAL GUEST, Appellant.

*Guest* v. *Guest,* 104 App. Div. 630, affirmed.
(Argued May 21, 1906; decided June 5, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 12, 1905, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover money alleged to have been loaned by plaintiff to defendant.

*William P. Maloney* for appellant.

*Lyman E. Warren* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER and HISCOCK, JJ. Absent: O'BRIEN, J.